1  JOHN BALAZS, Bar No.157287
   Attorney at Law
2  916 2nd Street, Suite F
3  Sacramento, California 95814
   Telephone: (916) 447-9299
4  John@Balazslaw.com

5  Attorney for Defendant
6  BROOK MURPHY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13 | UNITED STATES OF AMERICA,    )    No. 2:15-cr-0234-KJM
                                  )
14 |                              )
             Plaintiff,           )    STIPULATION AND [PROPOSED]
15 |                              )    ORDER TO CONTINUE
                                  )    ARRAIGNMENT
16 |      v.                      )
                                  )
17 | BROOK MURPHY,                )
                                  )
18 |                              )
             Defendants.          )    Hon. Edmund F. Brennan
19 |_____

20      IT IS HEREBY STIPULATED between defendant Brook Murphy, through

21  counsel, and the United States, through its counsel, that the arraignment scheduled

22  for January 8, 2016, at 2 p.m. is to be continued to **January 20, 2016**, at 2 p.m. due

23  to scheduling issues with the defendant and his counsel.  The other two

24  codefendants would remain on the court's January 8, 2016 calendar for

25  arraignment.

26

27

28

                                      1

Mr. Murphy is not in custody and has been served with a notice to appear.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 4, 2016

/s/   Jason Hitt
JASON HITT
Assistant U.S. Attorney

Dated: January 4, 2016

/s/  John Balazs
JOHN BALAZS
Attorney for defendant
BROOK MURPHY

## **ORDER**

**IT IS SO ORDERED.**

Dated: January 6, 2016

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge