John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
BROOK MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BROOK MURPHY,<br><br>　　　　Defendant. | No.  2:15-CR-0234-JAM<br><br>**STIPULATION AND ORDER**<br><br>Sentencing:<br>Date: April 11, 2017<br>Time: 9:15 a.m.<br>Hon. John A. Mendez |

Defendant, BROOK MURPHY, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the sentencing schedule as follows:

**Sentencing**:

Draft PSR disclosed to counsel:　　　　　　　　February 28, 2017

Informal objections to Draft PSR due:　　　　　March 14, 2017

Final PSR due:　　　　　　　　　　　　　　　March 21, 2017

Motion for Correction of PSR　　　　　　　　 March 28, 2017

Reply or Statement　　　　　　　　　　　　　April 4, 2017

Stipulation and Order　　　　　　　　　1

| | |
|---|---|
| Judgment and Sentencing Date | April 11, 2017 |

This request is made because the defendant needs additional time for the presentence interview and for preparation for sentencing.

| | |
|---|---|
| Dated:  December 23, 2016 | Dated:  December 23, 2016 |

PHILLIP A. TALBERT
United States Attorney

| | |
|---|---|
| /s/ *Jason Hitt* | /s/*John Balazs* |
| JASON HITT | JOHN BALAZS |
| Assistant U.S. Attorney | |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| UNITED STATES OF AMERICA | BROOK MURPHY |

**ORDER**

IT IS SO ORDERED.

Dated:   December 23, 2016

**/s/ JOHN A. MENDEZ**
HON. JOHN A. MENDEZ
United States District Judge