John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
BROOK MURPHY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:15-CR-0234-JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| BROOK MURPHY, | Sentencing: |
| | Date: May 2, 2017 |
| | Time: 9:15 a.m. |
| Defendant. | Hon. John A. Mendez |

Defendant, BROOK MURPHY, by and through his attorney, John Balazs, and plaintiff,

UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason

Hitt, hereby stipulate to extend the sentencing schedule as follows:

**Sentencing**:

| | |
|---|---|
| Draft PSR disclosed to counsel: | March 21, 2017 |
| Informal objections to Draft PSR due: | April 4, 2017 |
| Final PSR due: | April 11, 2017 |
| Motion for Correction of PSR | April 18, 2017 |
| Reply or Statement | April 25, 2017 |

Stipulation and Order                               1

| | |
|---|---|
| 1 | Judgment and Sentencing Date | May 2, 2017 at 9:15 a.m. |

2

3    This request is made because the defendant needs additional time to provide information to the probation officer and to prepare for sentencing.

4    Dated:  March 3, 2017              Dated:   March 3, 2017

5

6    PHILLIP A. TALBERT
     United States Attorney

7

8     /s/ *Jason Hitt*                           /s/*John Balazs*
     JASON HITT                              JOHN BALAZS
9    Assistant U.S. Attorney

10   Attorney for Plaintiff                 Attorney for Defendant
     UNITED STATES OF AMERICA                BROOK MURPHY

11

12                           **ORDER**

13       IT IS SO ORDERED.

14   Dated:   3/3/2017

15
                              /s/ John A. Mendez_____
16                            HON. JOHN A. MENDEZ
                              United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28