John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
BROOK MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-CR-0234-JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| BROOK MURPHY, | Sentencing: <br> Date: June 13, 2017 <br> Time: 9:15 a.m. |
| Defendant. | Hon. John A. Mendez |

Defendant, BROOK MURPHY, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the sentencing schedule as follows:

**Sentencing**:

| | |
|---|---|
| Draft PSR disclosed to counsel: | May   2, 2017 |
| Informal objections to Draft PSR due: | May 16, 2017 |
| Final PSR due: | May 23, 2017 |
| Motion for Correction of PSR | May 30, 2017 |
| Reply or Statement | June   6, 2017 |

Stipulation and Order                              1

| | |
|---|---|
| Judgment and Sentencing Date | June 13, 2017 at 9:15 a.m. |

This request is made because the defendant needs additional time to provide information to the probation officer and to prepare for sentencing.

Dated: April 4, 2017                                             Dated: April 4, 2017

PHILLIP A. TALBERT
United States Attorney


 /s/ *Jason Hitt*                                                      /s/*John Balazs*
JASON HITT                                                         JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                            Attorney for Defendant
UNITED STATES OF AMERICA              BROOK MURPHY


**ORDER**

IT IS SO ORDERED.

Dated:  4/4/2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge