```
 1  JOHN BALAZS, Bar No.157287
    Attorney at Law
 2  916 2nd Street, Suite F
    Sacramento, California 95814
 3  Telephone: (916) 447-9299
    John@Balazslaw.com
 4

 5  Attorney for Defendant
    BROOK MURPHY
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-0234-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **Sentencing:** |
| BROOK MURPHY, | **Date: June 13, 2017** |
|  | **Time: 9:15 a.m.** |
| Defendant. | **Hon. John A. Mendez** |

Defendant BROOK MURPHY, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the sentencing schedule as follows:

**Sentencing:**

| | |
|---|---|
| Draft PSR disclosed to counsel: | June 13, 2017 |
| Informal objections to Draft PSR due: | June 27, 2017 |
| Final PSR due: | July 3, 2017 |
| Motion for Correction of PSR due: | July 11, 2017 |
| Reply or Statement of Non-Opposition due: | July 18, 2017 |
| Judgement and Sentencing Date: | July 25, 2017 |
| | at 9:15 a.m. |

1

| | |
|---|---|
| | This request is made because the defendant needs additional time to provide information to the probation officer and to prepare for sentencing. |

Dated: May 16, 2017               PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

                                  Attorney for Plaintiff
                                  UNITED STATES OF AMERICA

Dated:  May 16, 2017

                                  /s/ John Balazs
                                  JOHN BALAZS

                                  Attorney for Defendant
                                  BROOK MURPHY

**ORDER**

IT IS SO ORDERED.

Dated: May 18, 2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

3