John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
BROOK MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOK MURPHY,<br><br>Defendant. | No. 2:15-CR-0234-JAM<br><br>**STIPULATION AND ORDER**<br><br>Sentencing:<br>Date: August 29, 2017<br>Time: 9:15 a.m.<br>Hon. John A. Mendez |

Defendant, BROOK MURPHY, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the sentencing schedule as follows:

**<u>Sentencing</u>**:

| | |
|---|---|
| Informal objections to Draft PSR due: | August 1, 2017 |
| Final PSR due: | August 8, 2017 |
| Motion for Correction of PSR | August 15, 2017 |
| Reply or Statement of Non-Opposition | August 22, 2017 |
| Judgment and Sentencing Date | August 29, 2017 |

Stipulation and Order 1

This request is made because the defendant needs additional time to provide information to the probation officer and to prepare for sentencing.

Dated: June 26, 2017  Dated:   June 26, 2017

PHILLIP A. TALBERT
United States Attorney

 /s/ *Jason Hitt*   /s/*John Balazs*
JASON HITT  JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff  Attorney for Defendant
UNITED STATES OF AMERICA  BROOK MURPHY

**ORDER**

IT IS SO ORDERED.

Dated:   6/26/2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge