John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
BROOK MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOK MURPHY,<br><br>Defendant. | No. 2:15-CR-0234-JAM<br><br>**STIPULATION AND ORDER**<br><br>Sentencing:<br>Date: October 3, 2017<br>Time: 9:15 a.m.<br>Hon. John A. Mendez |

Defendant, BROOK MURPHY, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court extend the sentencing schedule as follows:

**Sentencing**:

| | |
|---|---|
| Informal objections to Draft PSR due: | September 5, 2017 |
| Final PSR due: | September 12, 2017 |
| Motion for Correction of PSR | September 19, 2017 |
| Reply or Statement of Non-Opposition | September 26, 2017 |
| Judgment and Sentencing Date | October 3, 2017 |

Stipulation and Order  1

This request is made because the defendant needs additional time to provide information to the probation officer and to prepare for sentencing.

Dated: August 1, 2017                    Dated: August 1, 2017


PHILLIP A. TALBERT
United States Attorney


 /s/ *Jason Hitt*                         /s/*John Balazs*
JASON HITT                                JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                    Attorney for Defendant
UNITED STATES OF AMERICA                  BROOK MURPHY


**ORDER**

IT IS SO ORDERED.

Dated:  8/1/2017

                                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Court Judge