John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
BROOK MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROOK MURPHY,<br><br>　　　　　Defendant. | No.  2:15-CR-0234-JAM<br><br>**STIPULATION AND ORDER**<br><br>Sentencing:<br>Date: November 28, 2017<br>Time: 9:15 a.m.<br>Hon. John A. Mendez |

Defendant, BROOK MURPHY, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court extend the sentencing schedule as follows:

**Sentencing**:

| | |
|---|---|
| Informal objections to Draft PSR due: | October 24, 2017 |
| Final PSR due: | October 31, 2017 |
| Motion for Correction of PSR | November 14, 2017 |
| Reply or Statement of Non-Opposition | November 21, 2017 |
| Judgment and Sentencing Date | November 28, 2017 |

Stipulation and Order　　　　　　　　　　　　　　　1

1  This request is made because the defendant needs additional time to provide information
2  to the probation officer and to prepare for sentencing.

Dated: September 5, 2017  Dated: September 5, 2017

PHILLIP A. TALBERT
United States Attorney

 /s/ *Jason Hitt*                           /s/*John Balazs*
JASON HITT                                  JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    BROOK MURPHY

**ORDER**

IT IS SO ORDERED.

Dated: 9/5/2017

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge