John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
BROOK MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROOK MURPHY,<br><br>　　　　　Defendant. | No.  2:15-CR-0234-JAM<br><br>**STIPULATION AND ORDER**<br><br>Sentencing:<br>Date: January 16, 2018<br>Time: 9:15 a.m.<br>Hon. John A. Mendez |

Defendant, BROOK MURPHY, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Todd Pickles, hereby stipulate and request that the Court extend the sentencing schedule as follows:

　　Motion for Correction of PSR:　　　　　　　　　　January 2, 2018

　　Reply or Statement of Non-Opposition:　　　　　　January 9, 2018

　　Judgment and Sentencing Date:　　　　　　　　　January 16, 2018

This request is made to give the defense additional time to provide information and prepare for sentencing.

Stipulation and Order　　　　　　　　　　　1

Codefendants Steven Marcus and Hung C. Nguyen are also set for sentencing on January 16, 2018.

Dated:  November 14, 2017                    Dated:   November 14, 2017

PHILLIP A. TALBERT
United States Attorney


 /s/ *Todd Pickles*                              /s/*John Balazs*
TODD PICKLES                            JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                       Attorney for Defendant
UNITED STATES OF AMERICA    BROOK MURPHY

**ORDER**

IT IS SO ORDERED.

Dated:   November 14, 2017

**/s/ JOHN A. MENDEZ**
HON. JOHN A. MENDEZ
United States District Judge