John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
BROOK MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOK MURPHY,<br><br>Defendant. | No. 2:15-CR-0234-JAM<br><br>**STIPULATION AND ORDER**<br><br>Sentencing:<br>Date: January 16, 2018<br>Time: 9:15 a.m.<br>Hon. John A. Mendez |

Defendant, BROOK MURPHY, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Todd Pickles, hereby stipulate and request that the Court extend the sentencing schedule as follows:

Motion for Correction of PSR:                      January 2, 2018

Reply or Statement of Non-Opposition:          January 9, 2018

Judgment and Sentencing Date:                   January 16, 2018

This request is made to give the defense additional time to provide information and prepare for sentencing.

Codefendants Steven Marcus and Hung C. Nguyen are also set for sentencing on January 16, 2018.

Dated: November 14, 2017  Dated: November 14, 2017

PHILLIP A. TALBERT
United States Attorney


 /s/ Todd Pickles   /s/ John Balazs
TODD PICKLES  JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff  Attorney for Defendant
UNITED STATES OF AMERICA  BROOK MURPHY


**ORDER**

IT IS SO ORDERED.

Dated: November 14, 2017

**/s/ JOHN A. MENDEZ**
HON. JOHN A. MENDEZ
United States District Judge